US District Court Eastern District of Philadelphia        Case No: 2:23-cv-01391          Priya Jaswal

## Detailed Complaint

Dear Judge,

I contacted two courts and added appeals MSPB appeal Appeal_00.pdf and an initial decision, PH210267I1-IA-6-DocNum1846157.pdf, was made by the MSPB judge, the case was dismissed.

I contacted EEOC and add Appeal (Complaint Number 2023001650 & EEOC Number 2023000218) to have the EEO review supporting documents EEO.pdf, 202103321 Clarification Questions - Complainant_rev_2 KP.docx, Gmail - Past Federal Employment Issues [Incident 220930-000409].pdf, Form 10-12-2022T10-22-29.pdf, Fullpageprint.pdf, Employment Issues_NSWCPD.pdf. I want the termination clause falsefully accusing me of unprofessional behavior towards lead and coworkers by the NSWCPD management removed from SF-50 record and if possible, the shock certification Mechanical Engineering job removed from my career history. For the reasons listed below and described in the supporting documents, I should not get evaluated by background check or security clearance harshly because of the job, an opportunity for code 333 NSWCPD to make money, that in my view was not structured for success and was design to negatively impact my career and may have had negative financial impact to the end user, US Navy. Both EEOC OFO were closed.

In the EEOC court order I was advised that after 30 days I had right to file a lawsuit at civil court against the management and if no resolution is achieved after EEO Counseling with the Agency. The agency EEO POC advised during the EEO Complaint intake earlier this month that the termination letter is final and there is noting that could be done by the agency EEO regarding the termination letter itself. (Note In 2021 when I contacted agency code 333 human resources Keishla Guzman, she advised the same thing that the agency EEO advised during EEO Counseling intake in Feb 2023. They will contact the lead engineers and managers and discuss what I am saying and it is highly likely that neither the lead engineer nor the managers will accept anything I am saying and I have no evidence. When there is no evidence, no court could help either. The hr is paid to support the management and there is nothing anyone can do about the "job" they (code 333 and code 511) assigned to me.) There was no value in waiting for 30 days however I still respected the EEO process that only added time and was misguiding in my view. EEO/MSPB court is intentionally added to the termination letter to misguide the court and law enforcement into believing the employment issues were EEO matter. The EEO matters were intentional drama that the code 333 and code 511 employees executed together with their management to hide their assignment that clearly lacked the need of engineers, their ways of misusing military databases (like NSDB) and resources, their way to get funding by using new hire engineers and their interrelationships internally with coworkers and management that looked odd (sexual) and indirectly vulgar in nature as described in the attached EEOC letter that I submitted.

Thank you,


Priya Jaswal

US District Court Eastern District of Philadelphia        Case No: 2:23-cv-01391                Priya Jaswal

Detailed Complaint

I want to share some past experiences to better explain the employment case and behavior of the lead engineers and managers that I described in the US DOL Complaint, MSBP Court Documents, EEOC Court Documents, US District Court NY and Philadelphia between April 2021- present. I do not think childhood experience had a link to current experiences, but since the psychologist/psychiatrist in NJ who was helping me with PTSD after returning from the April 8 2021 boat ride mentioned that I should recall how my childhood experience shaped my present experiences at NSWCPD, I am recalling everything and sharing to inform.

**Childhood Experience**

When I was in 1 grade, I once went to an office get together at my dad's work with mom and siblings in India. One of the children took us at the roof to play at their apartment building. There was a very large bee hive on the top floor. Someone caused some prank around the bee hive and everyone started running and I recall getting pushed and throw in the room full of bees. I still recall the children on that roof made a plan first in front of me to toss one of the children in the room full of bees to see if the selected one survive and they select me randomly because I was the smallest ones and they thought I may run down easy to get help. Then the kids grabbed me together and couple dragged my sister away who started screaming not to touch me. They dragged me to the door and open and pushed while my sister ran behind and when they saw bees coming out of the room, they tried closing the door but ran away as the bee sting and my sister still ran towards me to pull me out of the room. Multiple bee's stings on my face and eyes. My sister ran to save me but by the time she pulled me out the face was full of bees. And I lost eye sight got blurry vision after few weeks and have glasses since then, 1st grade. I spent days explaining to dad and mom the children did it intentionally but not sure why my parents selected to keep us home and monitoring etc. instead of reporting to law enforcement in India. I learned later my dad was concerned about losing job and how to feed three children as all the other kids who did that were children of my dad's coworkers. My parents use to fight a lot with each other after that conflict internally. My mom used to beat my brother and sister a lot with metal and wood sticks after that incident. I almost never thought I was the only one abused or mistreated as a child as a result. With time I stop talking about the incident. I did not like glasses my brother followed me and wanted to have glasses and started wearing them. My dad started wearing them. My mom had glasses. I noticed my mom mocks my health conditions. When I say my nerves are in pain her nerves start getting pain. Her back pain as well maybe she is getting old.

I was bullied as a child frequently once at dad's friend's house somehow a crazy dog was left unleashed and I recall running hard to save my life but another kid got caught by the dog who bit his hand badly. At parties' other children use to call name and throw trash on me because I looked odd with glasses at young age. I found my brother and sister very supportive to help navigate around odd individuals who didn't even knew me but were trying to hurt for no reason. But they both wanted to be like their friends and I almost always found friends making fun of me because of how I look and have glasses etc. Work at NAVSEA was nightmare because I found individuals similar to childhood experiences. My lead was a really odd woman in terms of how she built the work and how she was carelessly treating me. Coincidence maybe.

Detailed Complaint

In 6-7 grade, I really wanted to participate in a school function (interschool fancy dress competition) in school once to dance on a traditional song maybe in 7th grade. I practiced and prepared very hard to be selected. At the practice session the teacher eliminated me after first rehearsal. She said I have glasses which makes me look odd between others and she wants to win first prize for the school and don't want individuals like me on the team that looks different. I am not perfect or look alike like others because I have glasses. I perceived it as discrimination based on eye glasses and looks, I was recalling how in grade 1 they I was pushed in the room full of bees that resulted in eye glasses. I cried too hard but to be supportive because the teacher selected my sister over me, I stayed quiet. I even went to watch my sister practice to support her and she always said she don't want to but her teacher is pushing her to participate and I knew my sister wanted to be on the competition as well. I never got jealous it is ok. But my sister eventually dropped out and actually she was eliminated to be too tall compared to the girls around her. The group won nothing (not even last prize at state level, interschool fancy dress competition) at the final results. I and my sister were laughing at the stupid teachers. And I really wanted to be mean and tell the teacher "You didn't win because you deserve it".

Actually, to be honest I wanted to be in that group to dance on traditional song even after rejection and I was crying around my dad too much. So, he told me that he will buy the dress they were planning to wear and I can dance in the house every day wearing it to be happy. He even took me to the shop that sold similar traditional dress but I didn't like it. My dad explained me maybe the traditional things are not a match with my interest anyway and thus I should not have hard feelings for teachers who acted like manic. I learned I should not treat individuals badly who reject me or said negative about me from that experience. Maybe there are better opportunities more fit with my interest and humans are nice even when some act like bugs sometimes. Maybe I should find the nice and supportive individuals and have a positive group around me.

Maybe dad was right between negative there are positive individuals who make right decisions and help you but you should not expect help from others because everyone is living life and have expectations to live what they think is perfect or best way of living life. Make the most out of life independently.

In grade 8th my dad changed the school and the new school teachers were all nice and helpful however some students were similar, they made fun of my glasses, my looks and even beat me while playing for no reason.

I sometime think I find individuals who dislike me for no reason and I struggle finding my existence between them. I cannot escape and ran away without getting hurt forever.

Since childhood I am trying to find ways to coping with all the stress around the eye glasses and resulting strange treatment from individuals. I watch real crime stories in news as learning worst experiences than mine of children, women etc. helps me with coping and making peace with the glasses I wear. I feel I am lucky to have eyes and ability to see using glasses. Maybe I should be thankful and treat past like an accident that made me strong. Blaming won't undo the past or remove my glasses. I think my life is way too better than some who die after suffering. I can still see and my parents and siblings helped me navigate and let me live happy between chaos. I lived as I wanted and do whatever I wanted and go

Detailed Complaint

wherever I wanted. I think I got really nice life can't complain. I just feel scared sometimes and feel very sad and sorry. I don't like to wear glasses so it is like bad experiences from past walks with me.

I always lived around parents and was under observation and monitored interaction with others including friends. My siblings were always around in school and at home to check on me. My parents never left me out of sight because of strange incidents in school. The last year in India I lived in a college dorm however it had strict rules for staying indoors and limited time venturing out in public. I use to stay in my apartment because I am use to stay at home avoiding contacts with other. To ensure I don't get hurt or suffer. Because when I try venturing out not sure why I always find myself between strange incidents.

I was for the first time free to live on my own away from parents in US. It was difficult initially when I found my first job in Ohio and was living on my own. I sometimes skip meals and did not had habit of cooking on my own, on schedule. Combine with stress I sometimes forget to eat. I thought maybe my health issues were linked to eating disorder between stress and thus I didn't visited doctors until I noticed rectal bleeding. I was tired living with parents and felt free hanging out in malls and outdoor activities like hiking and walking around to explore cities I lived. I felt free and that helped forget past. I stop and switch activities when strange events happen. I do not want to or like to talk about negative experience from past I never discussed anything about my experience with anyone as a result. I want to be happy and live healthy always.

Along with how I got eye glasses after bee sting in grade 1. I was bullied and discriminated against as a child for having eye glasses indirectly and sometimes directly in almost every grade and even in college in India. I do not like to have eye glasses as a result. But after immigrating to USA, I almost forgot everything because my parents told me in America lot of people have eye glasses and people are educated and don't discriminate others etc. until now after the Navy work experience where I found coworkers that were exactly similar to students who bullied me growing up. I do not think this defines me and I feel stress but not keeping it mind.

I am scared and do not what that type of coworkers or managers again. I switched many jobs in past but never found any coworkers like NAVSEA before. Usually if there is a controlling lead or conflicting coworker the manager and other coworkers help and assume role of the lead to help navigate around projects and there is a way around. Or I find another job and leave.

In 2015, I went to India and intentionally chose to live in US hotels for the duration of my stay. I was concerned about my own safety in the country I have had experiences that resulted in my current eye conditions and glasses. My uncle, mother's brother, BK Kaushal insisted to stop by at my hotel with his wife and offered that he will drop me to the New Delhi airport for the return flight. He said after living in US for years I have become American and living like a tourist and not staying at relatives. It is good that most of my family members behave like nothing happened.

My mother when she gets angry calls me a British (I feel good about being name called, I do not want to called an Asian Indian because of my experiences). After putting together all the experiences since childhood, I think I am more tolerant and stronger to handle even non constructive criticism and false accusations by others. However, I want to speak up and ensure that my employment record is not

impacted, my career stays on track and my ability to find a better life in the US is not misused by past employers and their managers similar to NSWCPD.

**George Washington University MBA class attendance – Ethics**

On April 22 2023, I went to Washington DC to attend MBA open house where the admission offered a sample class for prospective students on Ethics. One of the topics discussed in the class reminded me of my childhood experience on how I got glasses and the NSWCPD work experience that looked like bullying and an attempt murder to me.

The instructor of the Ethics class drew two sketches listed below. One scenario, a trolly will hit a group and you as a trolly operator have option to route the trolly towards a path with one person which will only kill one person and not a group. In second scenario, a trolly is falling on a crowd of like 5 individuals, and you are watching from a cliff and there is person standing in front of you. If you push the person on the trolly it may reroute its path and save the group. However, it will kill the person who you pushed on the trolly from the cliff.



A trolly can hit a group and he asked everyone to discuss or give your hand raise what is ethical to let a group die after getting crushed by the trolly or route the trolly to kill one person if you are in charge of operating the trolly. Another scenario, you have power to push a person from a cliff in a hope that the trolly will save the lives of the five without killing them if one person thrown from the cliff can redirect the trolly. (This instantly reminded me of the childhood experience that resulted in eye glasses where the children who I thought were smart intentionally pushed me in front of beehive even when I heard an adult screaming from the ground not to leave the room and lock the room, I think those kids were trained by a faculty like the one who gave the GWSB ethics lecture). I am not sure why the instructor specifically chosen this example (kill one or five) to discuss in his MBA open house ethics class at GWSB. One of the attendees who was a lawyer in the US suggested not to do anything to route the trolly as either way someone will get killed and according to the law this is manslaughter either way for the trolley operator. The instructor said in US there are law but not in other countries necessarily. He is teaching ethics in an international environment because this is global business course. Justifying loss of life, attempt murder, group bullying using international business context, globalization and ethics is not an area that I want to obtain education thus I am confused and frustrated. Additionally, GWSB requires

Detailed Complaint

official transcripts from all foreign college attended in past, I do not have any POC in India who can help get the transcripts. Also, mom's brother B.K. Kaushal took my official marksheet from the foreign university I attended few years ago and never returned the original marksheets. Every time I ask him where is my foreign marksheet, he says something new- like it was damaged by some rodents in his house in India, his wife misplaced it and even the marksheet is damaged, split in half etc. Even if I get admission offer at GWSB and if I select to enroll at GWSB, I won't be able to attend the college because I do not have any means to obtain marksheets or transcripts. And I fear getting hurt if visiting India, myself as required by that college in India to get official marksheet remade if lost, to obtain transcripts. This is similar to the employment experience at NSWCPD that has created lot of rumors and blocked my ability to find another federal position in the US.

No matter what opinion anyone have or what someone thinks, I will never be able to see without glasses. The last three years of health issues will never be reversed, I won't ever get healthy overnight.

I went to Washington DC on Saturday, April 22 2023 to attend MBA information session at GWSB and visit library of congress to find few articles and research publication for my startup business. I woke up around 11:30am in morning to catch the 3am train from Penn Station NYC. And was feeling some tiredness and fatigued like I have been since last few years. I ate a breakfast sandwich at the Panera bread located at GWSB university student center cafe and drank two cups of green tea because I was feeling more tired after sitting for couple hours. I ate a large chocolate and continue attending the event. Chocolate, juice and other sugar drinks gives me strength and energy to do activities when I am tried and fatigued since April 8 2023.  At MBA Ethics class session in the morning, I felt a severe surge of stool discharge and stomach pain. And repeated spasms in the lower back. However, I continue attending and walking around with multiple rest room visits. I ate another large chocolate with lunch. Around 2pm when I was outside library of congress building it was severe thunderstorm windy and rain unexpectedly. My legs got wet and cold but I have to finish my work so I kept pushing. And I was able to walk around inside the library and was feeling minor fatigued. Around 8:30 when I was waiting for Amtrak to return to NYC and was feeling very weak and fatigued at the Washington DC Amtrak station. So, I sat near the boarding area. In the train I ate another large chocolate. And finally, my wet clothing got dry in the train by the time I reached NYC at around midnight. I was able to walk and climb stairs easily suddenly after reaching NYC. I wasn't feeling fatigued and tiredness walking from Penn State Amtrak station to Subway. I feel very healthy suddenly like I was before 2021. I only have couple bruising on right thigh otherwise I can walk around fine. I feel some pain bending my back but it is almost nothing major. And I have some muscle soreness in thigh like I usually have after exercise at gym. I have some minor burning sensation that fluctuating in the skull and neck. I have no idea how suddenly my fatigue and tiredness start recovering fast like before. And was it linked to eating three extra-large chocolate and pushing myself to walk in thunderstorm, wet clothing and heavy rain. I want to get well no fatigued, tiredness and bruising as soon as possible.

I never wanted to have glasses, adverse health conditions like I have since April 8th 2021 or an employment record like the NSWCPD employees added forcefully on my record by giving authority to a management and human resources team to write letters against me and the termination.

Detailed Complaint

I do not believe that history repeats or rimes unless some group intentionally selects and bullies an individual like me thus, I am contacting the court and requesting lawyer to help me get justice by removing this termination letter from my employment record.

There may be evidence to prove some of things I listed in my complaints to DOL worker comp, whistle blower, EEOC, agency EEO & others as given in the FCC complaint I filed against Xfinity/COMCAST phone that I was using between August 2020-June 2021 for work from home.

Between August 2020 and June 2021, I was working at NSWCPD Naval Sea System Command. The managers at my workplace didn't offer me a work phone as according to them Navy's contract with Verizon was slow in providing work mobile phone service to new employee. I was asked to use my cell phone 347-345-6744 and Comcast internet as work phone and work from office internet as a result. Due to covid everyone was working from home. Thus, I was using my Xfinity registered phone and Comcast internet to work at NSWCPD, NAVSEA, US Navy for the entire duration I was a federal employee.

Also, I stayed at Marriot in Alabama and on the US Navy NOMAD boat in April 2021 and maybe there were cameras around that recorded conversations between me and the lead engineers.