IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRIYA JASWAL,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 23-1391 |
| | : | |
| **JEFFREY GOSCH,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 28th day of June 2023, in light of *pro se* Plaintiff Priya Jaswal's failure to pay the applicable $402 filing fee as directed by our April 27, 2023 order (DI 9), which (1) gave her until May 30, 2023 to do so and (2) warned her that if she failed to comply with the order that this case would be dismissed without prejudice for failure to prosecute, it is

**ORDERED**:

1. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.
2. Plaintiff's motion for appointment of counsel (DI 8) is **DENIED as moot**.
3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**